UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 04268**

_Anthony Bennett_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

___ Civ. _____ (__)(__)

-against-

_City of New York et al_
_New York City Dept of Corr's_
_Jane Doe_

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**REQUEST TO PROCEED IN FORMA PAUPERIS**

I, _Anthony Bennett_, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _No_

   _Nase_

   RECEIVED MAY 30 2012 PRO SE OFFICE

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   _8-31-2010_

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _No_

   a) Are you receiving any public benefits?   ☑ No.   ☐ Yes, $_____.
   b) Do you receive any income from any other source?   ☑ No.   ☐ Yes, $_____.

Rev. 05/2007                                    1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

   ☑ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   ☑ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

   ☑ No.   ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

   _____ N/A _____

8. State any special financial circumstances which the Court should consider.

   _Just get out of jail have no money S.S.I pening_

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __30__ day of __May__, __2012__.
         date            month        year

_Anthony Bennett_
/Signature

Rev. 05/2007                               2