**12 CV 04268**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Anthony Bennett_
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

_City of New York et al_
_New York City of Dept of Corrs_
_Jame Doe_
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

RECEIVED MAY 30 2012 PRO SE OFFICE

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Anthony Bennett_
~~ID #~~ _____
~~Current Institution~~ _____
Address _82 Wadsworth AVE Apt 41_
_New York, N.Y 10033_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _City of New York_____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 2   Name _New York City of Dept of Corr's_ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 3   Name _Jane Doe_____ Shield #_____
Where Currently Employed _125 White Street_____
Address _125 White Street N.y.C 10013_
_____

Defendant No. 4   Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

Defendant No. 5   Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _Manhatten-Detention Complex 125 White Street N.y.C_

B.   Where in the institution did the events giving rise to your claim(s) occur? _8 East_

C.   What date and approximate time did the events giving rise to your claim(s) occur? _9-19-2010 3:15 3:45 and 8:00 8:30_

Rev. 05/2010                                  4

D.   Facts:

**What happened to you?**
**Who did what?**
**Was anyone else involved?**
**Who else saw what happened?**

On 9-19-2010 on 8 east in the Manhatten House of Detention 125 White Street N.y.C. A Correction Officeral. They call Ms-c. The Inmate call her that because her name is hard to say. She call me a Black Mother fucking nigger. And she is a White C.O. That work for D.O.C. and that is unprofessional for a C.O and is Raceis to call a Black inmate a nigger. She also took my pin number so I con'nt make anyer phone call to my Lawre my mother How was 90 yrs old at the time I con'nt call the I.G. to file a complaint. She didn't let me out of my cell to eat on time my cell is 2 so I can hear her tell the inmate to put a tray away for me! Ther She make her rounds and look in my cell and keep on walkin She did not let me out until 4:30 pm. She did that on purpose so I can knonk on the door, the inmate said, wind I got out to eat the say that how she is get you all upset, they get out at 4:00 pm to eat she let me out at 4:30 pm. She had just come back off vacation, that was her fir day back. She work 3 days a week in (8E) she work the 3:00 pm to 11:00 pm tour. I had to use a Inmate phone to call the IG, she also try to get the inmate bet me up by taking the tiv. from them and telling then it my fored the tiv. is off that hom they get inmate to bet up over inm. I was scaled to take a shower, she put on my floor cord didnt give a pin number, C.O the next day showe me the floor in the right corer it said don't give pin number the IS how I call my Lawery an family

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. mental and emotional injury and Fear Libel also main knock

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓    No ___    Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___    No ___    Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓    No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___    No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve?  all

2. What was the result, if any?  Do not know

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.  I wrote to P.L.S to find out what to do D.O.C did not answer me

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _monetary compensation $500,000.00 and "punitive damger" Because of Discrimination to be Call "Nigger" Shoold not be Accepted or Tolerated it is Recise"_

**VI. Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ____   No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 30 day of ____May____, 20 12.

                        Signature of Plaintiff   *Anthony Bennett*
                        ~~Inmate Number~~
                        ~~Institution~~ Address   82 Wadsworth Ave Apt 41
                                                  New York, N.Y. 10033

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ____ day of _____, 20__; I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                        Signature of Plaintiff: _____

① Exhibits

7 North

# MANHATTAN DETENTION COMPLEX
## 125 WHITE STREET
## N.Y., N.Y., 10013
## NEW YORK CITY
## DEPARTMENT OF CORRECTION

### INMATE VOLUNTARY STATEMENT FORM

INMATE'S NAME: Bennett, Anthony    B&C# 34910

DATE: _____    TIME: _____    LOCATION: _____

I HEREBY ACKNOWLEDGE THAT THE ABOVE STATEMENT MADE TO

Gillman    CAPT    369
NAME    RANK    SHIELD

IS MADE VOLUNTARILY AND OF MY OWN FREE WILL WITHOUT PROMISE OR HOPE OF REWARD, OR UNDER ANY THREAT OF PHYSICAL HARM OR FEAR OF SUCH.

On-9-19-2010 on 8E the office call me the N word and a B-m-F, with is unprofessional for a Office. The Not only did she call me the N word she also take my Pin number. so I can not call the I-G or my Lawer to tell a complaint. She then Write me up and more me off 8E the Next day and she did not let me out on time for call to eat there got out at 400 she let me out at for 430pm She also put on my floor Card Not to give me a pin number. My Pin number did Not can on ontell 150 the Next day because the cip said to get me a pin Number    Over

INMATE'S SIGNATURE: Anthony Bennett 349-10-14641

WITNESSED BY: _____ Capt 369

I had to use a Inmate phone so I can call I.I.G. She also try to have the inmate bet me up boy taking the tv from them her Name are what they call her is Mrs C, She work 3 day a week in 8E and that was her frist day Back. She work 3:00pm to 11:00pm tour all of thes Start at about 8:00 8:30pm And the date I have on my Grievance is wor the date is 9-19-2010 it was a Sunday I do have witnes that I will give To the I.G. I did geve to my Lower. The Cip did tell me to try 311 that day then my Rim Number did not work.

# Grievance ② Exhibits

Nt 8

**#8**

On 9-18-2010 on 8E The office did call me the N-word and a B-I-T-C-H. This one person did call me the N-word for a office. The Not Net did call me the N-word. She Also tell me my Pin Number so I can not tell the I.G. or my Lower to Fell a Complaint. She then write me up and move me over Be the Next day and she did Not let me out for Mail on time. She let me out at 4:30pm and mail state it at 7:00 on the 9-19-2010 She also put on my feet card Do Not got Pin number My Pin Number

I did get sent to the New day at 1:30 pm C.C.

---

did Call the I.G 9-24-2010

G.C. to the I do have witness her Mrs C. She work The office they call The 3:00pm to 11:00pm 9/11 of this one on 8E 2-18-2010 about 8:30 pm
Aubrey Bennett
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

C.C My Attorney and on my floor Amber Baylor Card It said don't get pin number for him

C.C. To Grievance C.C. Call Inspector General

She also try to set the Inmate to hit me up by taking The TV From their I was to take a swing

In a sett 3-14 priorly 272-216-1400

# Exhibit GRIEVANCE APPEAL
# AND
# HEARING REQUEST
# TO
# FORMAL IGRC Committee
# of The
# NYC DEPARTMENT OF CORRECTION

11-16-2010

To the Inmate Grievance Review Committee

I submitted the attached grievance for informal review by the IGRC. As provided in D.O.C Directive 3375R, I am requesting a formal hearing befor the IGRC to call witnesses to appear before the IGRC for the reasons stated below.

(no reply received) It has been more than five working days since I submitted my grievance of the IGRC and I have not received a response. I deem my grievance to have been constructively denied by the lack of a response.

Please schedule a formal hearing and make a recommendation on my grievance within three working days

Anthony Bennett

Anthony Bennett

349-10-14641

Anthony Bennett
Marcy Correctional Facility
Box 3600
Marcy, N.Y. 13403-3600

Warden Rose Agro
Houses of Detention
125 White Street
N.Y.C. 10013

Dated: 2-17-2012

Re:   *Freedom of Information Law Request*

Dear Sir/Madam:

Under the provisions of the *New York Freedom of Information Law, Article 6, Public Officers Law, §84 et seq*, requires that an agency respond to a request within five business days of receipt.

I hereby request copies of the following records: Capt. Gillrow Shield 369 investigation of C.O. Call me a nigger, Black Mother Fuck, and taking my pim number and a copy of Floor Cord she worte on. They call her Ms C 9-19-2010 8E her name 3 to 11 That allso con from my Grievace it was a Sunday.

If the fees for copying the requested records are in excess of _____, please inform me before filing the request. If the fees are _____ or less, please notify me and I will submit the proper payment.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. I await your reply.

Respectfully,

Anthony Bennett

cc:   file

No reply

Anthony Bennett #11-A-1923
Marcy Correctional Facility
Box 3600
Marcy, N.Y. 13403-3600

Board of Correction
51 Chambers Street Rm 923
New York, N.Y 10007

Dated: 1-3-2012

Re:   *Freedom of Information Law Request*

Dear Sir/Madam:

Under the provisions of the *New York Freedom of Information Law, Article 6, Public Officers Law, §84 et seq*, requires that an agency respond to a request within five business days of receipt.

I hereby request copies of the following records:
Copys of the investigation that the Legal aid Society ask for the C.O. name, they call her Ms.C. She work 8E on 9-19-2010 Copys of all investigation that can from the Grievace and a Copy of the floorcard that She wrote on or my floorcard for 9-19-2010 copy of Capt Gillram Shield 369

If the fees for copying the requested records are in excess of ___?___, please inform me before filing the request. If the fees are ___?___ or less, please notify me and I will submit the proper payment.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. I await your reply.

Respectfully,

Anthony Bennett

cc: file

C.C. File          No reply

Anthony Bennett
Marcy Correctional Facility
Box 3600
Marcy, N.Y. 13403-3600

Warden Rose Agro
Houses of Detention
125 White Street
N.Y.C. 10013

Dated: 2-17-2012

Re:  *Freedom of Information Law Request*

Dear Sir/Madam:

Under the provisions of the *New York Freedom of Information Law, Article 6, Public Officers Law, §84 et seq*, requires that an agency respond to a request within five business days of receipt.

I hereby request copies of the following records: Capt. Gillrow Shield 369 investigation of C.O. Call me a nigger, Black Mother Fuck, and taking my pim number and a copy of Floor Cord She Wrote on. They Call her MsC 9-19-2010 8E her name 3 to 11 That allso Con from my Grievace it was a Sunday.

If the fees for copying the requested records are in excess of _____, please inform me before filing the request. If the fees are _____ or less, please notify me and I will submit the proper payment.

If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. I await your reply.

Respectfully,

Anthony Bennett

cc:  file

No reply